**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6778**

_____

RANDY DRUMMOND,

              Plaintiff - Appellant,

     v.

DR. BEARDEN; MEDICAL CORP INC,

              Defendants – Appellees,

   and

JON E. OZMINT, Director of South Carolina Dept of Correction;
JENNY ARDIS, Administrative Coordinator of Division of Health
Services; DEPARTMENT OF CORRECTIONS,

              Defendants.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson. Terry L. Wooten, District Judge.
(8:10-cv-02423-TLW)

_____

Submitted: July 31, 2012          Decided: August 21, 2012

_____

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Randy Drummond, Appellant Pro Se. Steven Michael Pruitt, MCDONALD, PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Drummond appeals the district court's order denying his motion to amend his 42 U.S.C. § 1983 (2006) complaint after entry of judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Drummond v. Ozmint, No. 8:10-cv-02423-TLW (D.S.C. Apr. 17, 2012; Feb. 17, 2012; Dec. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3